**EXHIBIT B**

## Christina Coizeau

| | |
|---|---|
| **From:** | Thomas Hassett <thomas@navinsure.us> |
| **Sent:** | Wednesday, December 4, 2024 11:03 AM |
| **To:** | Tom Murphy |
| **Cc:** | Suzanne Cummings-Proctor |
| **Subject:** | Re: FW: [Proposal Ready - 004579-01] 2020 Ocean Alexander 45 Divergence Sport - Ralph Harary - |
| **Attachments:** | Ralph Harary - Seafarer (4) (1).pdf |

> **Caution:** This email originated from outside of your organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Tom,

Customer approved 2% deductible.

Bind it effective today.
Note it is under the LLC name and note the bank information for the loss payee as they need on the binder.

I attached the completed application signed.

Thank you for your help moving this along.



**Thomas Hassett**
**Underwriting Team, Navinsure Brokerage, Inc.**

6317044445   navinsure.us   thomas@navinsure.us

---

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.



On Wed, Dec 4, 2024 at 10:51 AM Thomas Hassett <thomas@navinsure.us> wrote:

Hi Tom,

Same rate? Then were good to go. Please confirm.

On Wed, Dec 4, 2024 at 10:43 AM Tom Murphy <Tom.Murphy@seafarermarineinsurance.com> wrote:

Thomas,

Yes we can do a 2% hull deductible



*Thomas Murphy*

Thomas Murphy

Mission Underwriters Managers, LLC

President-Seafarer Marine Series

445-209-5492

Tom.murphy@seafarermarineinsurance.com

www.seafarermarineinsurance.com

**For ease of business please use the following address for all transactional request**: Support@Seafarermarineinsurance.com

Doing business in Nevada as Mission Specialty Risk Services, LLC, in Utah as Mission Specialty Risk Services, and in California as Mission Specialty Risk Insurance Solutions, License #6005417.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the originator of the message. Any views expressed in this message are those of the individual sender, except where the sender specifies and with authority, states them to be the views of Mission Underwriters.

**From:** Thomas Hassett <thomas@navinsure.us>
**Sent:** Wednesday, December 4, 2024 10:47 AM
**To:** Suzanne Cummings-Proctor <Suzanne.Cummings-Proctor@seafarermarineinsurance.com>
**Cc:** Tom Murphy <Tom.Murphy@seafarermarineinsurance.com>
**Subject:** Re: FW: [Proposal Ready - 004579-01] 2020 Ocean Alexander 45 Divergence Sport - Ralph Harary -

**Caution:** This email originated from outside of your organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Tom,

Can we do a 2% deductible (for the bank). Please let me know customer asking.

Tom

On Wed, Dec 4, 2024 at 10:29 AM Suzanne Cummings-Proctor <Suzanne.Cummings-Proctor@seafarermarineinsurance.com> wrote:

> Hi Thomas,
>
> Attached please find a copy of the revised quote. Please note that I am traveling this week. Please cc Tom on the bind order as I will have limited access to our system.
>
> Susie



Susie Cummings-Proctor

Mission Underwriters Managers, LLC

Senior Underwriter-Seafarer Marine

207-212-7987

Suzanne.Cummings-Proctor@seafarermarineinsurance.com

www.seafarermarineinsurance.com

**For ease of business please use the following address for all transactional request**: Support@Seafarermarineinsurance.com

Doing business in Nevada as Mission Specialty Risk Services, LLC, in Utah as Mission Specialty Risk Services, and in California as Mission Specialty Risk Insurance Solutions, License #6005417.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the originator of the message. Any views expressed in this message are those of the individual sender, except where the sender specifies and with authority, states them to be the views of Mission Underwriters.

---

**From:** Thomas Hassett <thomas@navinsure.us>
**Sent:** Monday, December 2, 2024 5:00 PM
**To:** Suzanne Cummings-Proctor <Suzanne.Cummings-Proctor@seafarermarineinsurance.com>
**Subject:** Re: FW: [Proposal Ready - 004579-01] 2020 Ocean Alexander 45 Divergence Sport - Ralph Harary -

**Caution:** This email originated from outside of your organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Susie,

Client is moving forward and with the Trips. The engines were $92,500.

Total insured value is $657,500.

Can you update quote and will get signed off today as we need insurance binder for bank.

**Thomas Hassett**
**Underwriting Team, Navinsure Brokerage, Inc.**

6317044445   navinsure.us   thomas@navinsure.us

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

**Thomas Hassett**
**Underwriting Team, Navinsure Brokerage, Inc.**

6317044445   navinsure.us   thomas@navinsure.us

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

On Wed, Nov 13, 2024 at 9:58 AM Suzanne Cummings-Proctor <Suzanne.Cummings-Proctor@seafarermarineinsurance.com> wrote:

Hi Thomas,

Attached please find a copy of the Seafarer quote. Please review carefully and contact me if you have any questions or concerns.  If the client does decide to switch to triple engine please let us know.

Thanks,

Susie



Susie Cummings-Proctor

Mission Underwriters Managers, LLC

Senior Underwriter-Seafarer Marine

207-212-7987

Suzanne.Cummings-Proctor@seafarermarineinsurance.com

www.seafarermarineinsurance.com

**For ease of business please use the following address for all transactional request**:  Support@Seafarermarineinsurance.com

Doing business in Nevada as Mission Specialty Risk Services, LLC, in Utah as Mission Specialty Risk Services, and in California as Mission Specialty Risk Insurance Solutions, License #6005417.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the originator of the message. Any views expressed in this message are those of the individual sender, except where the sender specifies and with authority, states them to be the views of Mission Underwriters.

**From:** Thomas Hassett <thomas@navinsure.us>
**Sent:** Friday, November 8, 2024 1:19 PM
**To:** Suzanne Cummings-Proctor <Suzanne.Cummings-Proctor@seafarermarineinsurance.com>
**Subject:** 2020 Ocean Alexander 45 Divergence Sport - Ralph Harary

**Caution:** This email originated from outside of your organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Susie,

Please review the attached. Our client is buying the boat in Florida (coming weeks) and it comes back up in April and will then be a permanent Northeast boat (New Jersey based).

I would need N/S navigation for this policy term. The other thing is the client is looking at potentially repowering with Trip 600s from the Quads. If he did that could that be updated on his policy (once done). He would purchase the boat with Quads and then possibly go to Trips.

Below is the listing for the boat and attached is the application. Please let me know if you have any questions.

https://www.yachtworld.com/yacht/2020-ocean-alexander-45-divergence-sport-9559757/

**Thomas Hassett**
Underwriting Team, Navinsure Brokerage, Inc.

6317044445    navinsure.us    thomas@navinsure.us