# SEAFARER MARINE YACHT QUOTE

*This proposal shows the premiums for the general coverages described, but in no way changes or affects any terms, conditions or exclusions of policies as actually issued. Premiums shown are based on information furnished to the company. Terms and conditions outlined in the quote may differ from the specifications submitted; please review the specific coverage part for details on coverages and exclusions. Any changes to the information within your submission, will require amendment to the terms of this proposal.*

**Quote Date:** 11/13/2024            **Effective Date:** 11/30/2024

**Policy Number:**

**Insured Information:**

**Named Insured:** Ralph Harary         **Beneficial Owner:** N/A

**Address:** 945 E 8th Street, Brooklyn, New Jersey 07760

**Description of Vessel**

**Year Built:** 2020    **Length:** 45    **Manufacturer:** Ocean Alexander    **Model:**

**Vessel Name:**                       **Hull ID:**

**Summer Mooring Location:**

TBD, TBD, Sea Bright, New Jersey, 07760

**Winter Mooring Location:**

TBD, TBD, Sea Bright, New Jersey, 07760

**Navigational Limits:** The tidal and coastal waters of the Atlantic and Gulf Coast of the United States and Canada from St. Johns Newfoundland, to Brownsville, Texas, including the Great Lakes, Bahamas, Turks & Caicos and Bermuda. During the period of June 1 to November 1, both dates inclusive, navigation is restricted not south of Cape Hatteras, North Carolina. Unless specifically agreed to by endorsement to this policy, the Navigational Limits exclude the coastal or territorial waters of Cuba and Haiti.

**Premium & Payment Information**

**Total Premium:**
$7,904.00
**Billing:** Agency Bill
**Commission:** 20%

# SEAFARER MARINE YACHT QUOTE

**Coverages and Amounts of Insurance:**

| Section I - Property Insurance | Limits | Deductibles | Premium |
|---|---|---|---|
| Hull & Equipment | $657,500 | $19,725 | $6,904 |
|  |  | $32,875 Lightning |  |
|  |  | $32,875 Wind |  |
|  |  | $32,875 Theft |  |
| Tender | N/A | N/A | N/A |
| Towing and Assistance | $10,000 | N/A | Included |
| Personal Property | $50,000 | $250 | Included |
| Trailer | N/A | N/A | N/A |
| War & Confiscation | N/A | N/A | N/A |
| Mortgagee Amount | N/A | N/A | N/A |
| **Section II – Liability Insurance** |  |  |  |
| Protection & Indemnity (Incl. Pollution) | $1,000,000 | N/A | $1,000 |
| (Sublimit for Additional vessel, Tender, PWC) | $1,000,000 | N/A | Included |
| Medical Expense (Per Person) | $50,000 | N/A | Included |
| Uninsured, Underinsured and Unidentified Watercraft | $1,000,000 | N/A | Included |

# SEAFARER MARINE YACHT QUOTE

**Special Terms and Conditions:**

This quote is subject to all terms and conditions of the following:

    Completed and signed application

**Named Operator Warranty:** Ralph Harary

**Captain & Crew Information:**

**Captain:** N/A
**Alternate Captain:** N/A
**Number of Crew (including Captain): 0**

**OUTBOARD ENGINE THEFT DEDUCTIBLE**

A 5% deductible will apply to a theft of an outboard engine(s), provided the **insured vessel** or **insured yacht** is equipped with a GPS Tracking Device and Monitoring System, which meets the following qualifications:

1. Professionally installed and active at the time of loss, proof required;
2. System must be a live, interactive satellite tracking device designed for offshore and open ocean monitoring; and
3. Must be capable of sending out an automatic alert when unauthorized movement is detected on the vessel

In the event there is no such GPS tracking device or monitoring system in place, or it is not operational at the time of the theft, a deductible of 10% will apply.

**Tender**

N/A

**Trailer**

N/A

**Personal Watercraft**

N/A

**Name and Address of Loss Payee:**

N/A

**Name and Address of Additional Insured**:

N/A

# SEAFARER MARINE YACHT QUOTE

**Additional Policy Coverages:**

Additional Living Expenses – Up to $10,000
Tournament Entry Fee – Up to $5,000
Bottom Inspection – See Policy
Insured Property on Shore – Up to $25,000
Loss of Charter Hire – Up to $35,000
Fine Art – Up to $5,000 per item up to $50,000
Fishing Gear – Up to $25,000
Passports & Essential Documents – Up to $2,000
Hijack & Kidnap – Up to $25,000
Marine Environmental – Up to $250,000 per occurrence

Lost Dockage & Expense – Up to $5,000
Galley Supply & Provisions – Up to $1,000
Precautionary Haul-Out Coverage – Up to $5,000
Charter Reimbursement Expense – Up to $35,000
Trailers – Up to $5,000
Firearms – Up to $5,000
Vehicles – Up to $10,000
Search & Rescue – Up to $25,000
Wages & Salary – Up to $10,000

**Policy:** Seafarer Marine Yacht Policy
Coverage is "all risk" subject to policy form terms, limitations, and exclusions

**Security:** Accelerant National Insurance Company (A.M. Best Rated - "A-9") Admitted

This Seafarer Marine Yacht quotation is valid for thirty (30) days from the date of this proposal.

Signed:

*Thomas Murphy*

Name: Thomas G. Murphy
Company: Seafarer Marine Insurance