# SEAFARER MARINE YACHT APPLICATION

| Date: 11/8/2024 | Agency: Navinsure Brokerage, Inc. | | |
|---|---|---|---|
| Named Insured: OA 45, LLC | | | |
| Mailing Address: 945 E 8th Street | | | |
| City: Brooklyn | State: NY | | Zip: 11230 |
| Beneficial Owner's Name(s): | | | |
| Beneficial Owner's Relation to the Corporation or Beneficial Owner: | | | |
| Date of Birth(s): 02/11/1984 | | Primary Owner's Telephone: 917-509-1234 | |
| Occupation(s): Product Managment | | Primary Owner's Email: ralphharary@gmail.com | |

## YACHT TO BE INSURED

| Year: 2020 | Length: 45 | Manufacturer: Ocean Alexander | Model: 45 Divergence Sport |
|---|---|---|---|
| Type: Cruiser | Hull #: OAF45005F920 | USCG Document #: | Lithium Battery Y/N: |
| Vessel Name: | | Hull Material: Fiberglass | Mast Material: |
| Engine Mfr: Mercury | Engine Model: 600 | Number of Engines: 3 | Fuel Type: Gas | Horsepower: 1800 |
| Propulsion System: Outboard | Max Speed: 50   50 | Vessel Class: | Is Vessel Kept in Class: |
| Vessel Flag: | | Port of Registry: | Gross Tonnage: |
| Satellite-based, Theft Deterrent GPS w/Tracking Capability* (Yes/No): ◉ Yes  ◯ No<br>Activated: (Yes/No)  ◯ Yes  ◯ No | | Make: | Model: 45 Divergence Sport |
| Has a survey been performed or scheduled: | | | Survey Date: |
| Name of Current/Previous Insurance Carrier: | | | |
| Has your insurance ever been non-renewed or cancelled (Yes/No):  ◯ Yes  ◉ No | | If yes, please provide details: | |

## TENDERS (must be carried on board and used only to service the yacht)

| Year: | Length | Manufacturer: | HIN#: |
|---|---|---|---|
| Engine Year: | # of Engines:  Total HP: | Manufacturer: | Serial # |
| Valuation: | Lithium Battery Y/N: | | |

## ADDITIONAL VESSELS

| Year> | Length: | Manufacturer: | HIN# |
|---|---|---|---|
| 2020 | 45 | Ocean Alexander | |
| Lithium Battery Y/N: | | | |
| Engine Year: | Manufacturer | Serial #: | Total Horsepower: |

## TRAILER

| Year: | Manufacturer: | Serial #: | Value: |
|---|---|---|---|

## PERSONAL WATERCRAFT

| 1-Description: | Manufacturer: | Hull ID#: | Value: $ | Lithium Battery Y/N: |
|---|---|---|---|---|
| 2-Description: | Manufacturer: | Hull ID#: | Value: $ | Lithium Battery Y/N: |
| 3- Description:: | Manufacturer: | Hull ID#: | Value: $ | Lithium Battery Y/N: |

## COVERAGE AND AMOUNTS

| Insured Value: $ 657,500 | Hull Deductible: $ 2% | Towing Limit: $ $10,000 |
|---|---|---|
| Personal Property Limit: $ $50,000 | War & Confiscation: $ | Mortgagee Amount: $ |
| Protection & Indemnity Limit: $ 1,000,000 | Medical Expenses Limit: $ $50,000 | Uninsured Boaters Limit: $ 1,000,000 |

## NAVIGATION

## MOORING LOCATIONS

**Summer name & address**:

| City: Sea Bright | State: NJ | Zip: 07760 |
|---|---|---|

**Country**:

**Winter name & address**:

| City: Sea Bright  (Florida until Spring just this season for delivery) | State: NJ | Zip: 07760 |
|---|---|---|

**Country**:

**Lay-up: Decommissioned and unavailable for use (Yes/No)**: No  ◯ Yes   ● No

**Date From**:   **To**:

## CHARTER USAGE: (Must have a paid captain)

| Number of Charter per Policy period: | Types of Charter: | Duration of Trip: |
|---|---|---|
| Number of Passengers: | Max. Number of Passengers Permitted by Certificate of Insurance: | |
| Overnight Trips: | Is Food Prepared on Board: | Is Alcohol Served: |

**Is this yacht part of a Lease, Timeshare, Fraction Share, Vacation Club or similar type arrangement** (Yes/No)?

## CAPTAIN/CREW INFORMATION: (Resumes & Licenses must be provided)

**Captain's Name:**                                   **Years of Experience:**

**Captain's Loss History**:

**Alternate / Relief Captain's Name**:                **Years of Experience:**

**Number of crew (not including captain)**:

**Is drug testing required?**

**Is formal training provided?**

**Is there a separate crew policy in place?**

## INSURED'S OWNERSHIP EXPERIENCE (resumes must be provided)

| Total years ownership: | Length & Manufacturer: |
|---|---|
| 30 | 52 Riva, 38 Chris Craft (Trips), 32 Chris Craft, Ocean Alexander 45 |

**Licenses or Certificates:**
New Jersey Boaters Safety Course

**Does the insured live within 3 hours (driving) of the vessels mooring location?**
No

## LOSS INFORMATION

**Does the insured have any previous loss history** (Yes/No):
No

**If yes, please provide dates, description & amounts:**

**Does this yacht have any previous loss history** (Yes/No):
No

**If yes and different from above, please provide dates, description & amounts:**

## LOSS PAYEE / BANK / LEINHOLDER

| Name: | Address: |
|---|---|
| ISAOA ATIMA | PO Box 3445 |

| City: | State: | Zip: |
|---|---|---|
| Coppell | TX | 75019 |

| Breach of Warranty required: | If so, amount of loan: |
|---|---|
| | |

## ADDITIONAL INSURED

**Name:**

**City:**

**State/Zip**

Page **4** of **5**

## ADDITIONAL COMMENTS & SIGNATURE

While my signature verifies this information to be true, this application does not bind me to accept insurance, nor does it bind the Agent or the Company to accept me as an applicant for insurance. If I accept, I hereby authorize any company, credit bureau, or Department of Motor Vehicle that has knowledge of me to give such information to the Agent or the Company to be used for their purposes only. Omitting, misrepresenting or state information falsely on this application constitutes insurance fraud, voids all coverage, and is subject to criminal and civil penalties. The Company will consider claims history for purposes of determining whether to cancel or refuse to renew your policy.

Signature: *Ralph Harary* (DocuSigned by: 6DF2BE0984444F2...)   12/4/2024

Date: 11/8/2024